IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREY NEUMANN,<br><br>Defendant. | CR 20-26-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, November 18, 2020 at 10:30 a.m., is **VACATED** and reset to commence **in-person** on **Thursday, November 19, 2020 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 8th day of October, 2020.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1